# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RASSIA DEPAUK, | Case No.: **09-cv-09484-ODW-CW** |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| NATIONAL ENTERPRISE SYSTEMS, | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above referenced matter is hereby dismissed with prejudice. The OSC hearing set for 6/7/10 at 1:30 p.m. is VACATED.

**IT IS SO ORDERED:**

Dated: May 14, 2010

_____
The Honorable Judge
Otis D. Wright, II
United States District Court Judge

1

Order